UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CORINNE HELEN MITCHELL,        )
        Plaintiff,              )
                               )     **JUDGMENT IN A CIVIL CASE**
   v.                          )
                               )     **CASE NO. 5:15-CV-344-D**
CAROLYN W. COLVIN, Acting Commissioner )
of Social Security,            )
        Defendant.              )

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 34]. Plaintiff's motion for judgment on the pleadings [D.E. 29] is GRANTED, defendant's motion for judgment on the pleadings [D.E. 31] is DENIED, and the action is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g).

**This Judgment Filed and Entered on July 19, 2016, and Copies To:**

Lawrence Wittenberg                     (via CM/ECF Notice of Electronic Filing)

Gabriel R. Deadwyler                (via CM/ECF Notice of Electronic Filing)

DATE:                             JULIE RICHARDS JOHNSTON, CLERK

July 19, 2016                (By) /s/ Nicole Briggeman
                                       Deputy Clerk