IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civ. No. 5:15-cv-00344-D

| | | |
|---|---|---|
| CORINNE HELEN MITCHELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

The Court hereby awards Plaintiff $4,300 in attorney's fees under the Equal Access to

Justice Act (28 U.S.C. § 2412(c) and (d)), paid to Plaintiff's attorney if there is no debt that is

subject to offset under the Treasury Offset Program (31 U.S.C. § 3716). If there is such a debt,

any fee remaining after offset will be payable to Plaintiff and delivered to Plaintiff's attorney.

SO ORDERED. This ___8___ day of August, 2016.

                                   _____
                                   JAMES C. DEVER III
                                   CHIEF UNITED STATES DISTRICT JUDGE