UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CORINNE HELEN MITCHELL, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAROLYN W. COLVIN, Acting Commissioner ) <br> of Social Security, ) <br> Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br><br> **CASE NO. 5:15-CV-344-D** |

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby awards Plaintiff $4,300 in attorney's fees under the Equal Access to Justice Act (28 U.S.C. § 2412(c) and (d)), paid to Plaintiff's attorney if there is no debt that is subject to offset under the Treasury Offset Program (31 U.S.C. § 3716). If there is such a debt, any fee remaining after offset will be payable to Plaintiff and delivered to Plaintiff's attorney.

**This Judgment Filed and Entered on August 8, 2016, and Copies To:**

Lawrence Wittenberg                                  (via CM/ECF Notice of Electronic Filing)

Gabriel R. Deadwyler                                  (via CM/ECF Notice of Electronic Filing)

DATE:                                                         JULIE RICHARDS JOHNSTON, CLERK

August 8, 2016                                           (By) /s/ Nicole Briggeman
                                                                    Deputy Clerk